# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00269-CR

**Daniel Lopez Cardoza, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
NO. D-1-DC-12-201877, THE HONORABLE DAVID CRAIN, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

The reporter's record in this cause was due to be filed on August 8, 2013. On September 4, 2013, this Court's clerk sent notice to the court reporter, Raquel Kocher, informing her that the reporter's record in this cause was overdue, directing her to file the reporter's record no later than September 16, 2013, and advising her that if she failed to file the record or explain in writing the reason for her delay, the matter would be referred to the Court for an order. To date, Kocher has not tendered the record or otherwise responded to this Court's notice.

We hereby order Kocher to prepare and tender the reporter's record for filing in this cause no later than October 25, 2013.

It is so ordered on this the 11th day of October, 2013.

Before Justices Puryear, Rose, and Goodwin

Do Not Publish